IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PETER COLABELLI, JR.,** *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **EVANSTON INSURANCE COMPANY,** <br><br> *Defendant*. | Civil Action <br><br> No. 20-cv-715 |

## ORDER

**AND NOW**, this 25th day of February, 2022, upon consideration of Defendant's Motion for Judgment on the Pleadings (ECF No. 28), Plaintiffs' response in opposition thereto (ECF no. 29), Defendant's reply (ECF No. 33), and Plaintiffs' response to the motion to file a reply brief (ECF No. 31), and for the reasons set out in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. Defendant's Motion for Judgment on the Pleadings (ECF No. 28) is **GRANTED**.

2. **JUDGMENT** is entered in favor of Defendant.

3. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
**MITCHELL S. GOLDBERG, J.**